**No. 10-10176. Quentin Lee, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2921, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3918.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 414 Fed. Appx. 458.

**No. 10-10179. Martin Mueller, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2921, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3917.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 405 Fed. Appx. 648.

**No. 10-10183. Stephen Wilkinson, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2922, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3977.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 633 F.3d 938.

**No. 10-10184. Felipe Zamora-Villela, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2922, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3933.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 411 Fed. Appx. 114.

**No. 10-10185. Julio Cesar Vara-Davila, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2922, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3862.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 410 Fed. Appx. 395.

**No. 10-10188. David Westcott, Petitioner v. T. C. Outlaw, Warden.**

563 U.S. 1016, 131 S. Ct. 2922, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3852.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-10190. Oscar Pena, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2922, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3950.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 407 Fed. Appx. 787.

**No. 10-10195. Charles Carneglia, aka Charlie Canig, Petitioner v. United States.**

563 U.S. 1016, 131 S. Ct. 2922, 179 L. Ed. 2d 1261, 2011 U.S. LEXIS 3924.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 581.